

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2021

No. 04-21-00403-CR

Juan Ruben Sanchez **CERDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 14-CRS-372
Jose Roberto (Bobby) Flores, Judge Presiding

## O R D E R

The District Clerk's Notification of Late Record is hereby NOTED. Time is extended until October 8, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court